UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN PAUL ALCIVAR DE LA CRUZ,<br><br>       Petitioner,<br><br>-against-<br><br>WILLIAM P. JOYCE, *in his official capacity as Deputy Field Office Director of New York, Immigration and Customs Enforcement*, KRISTI NOEM, *in her official capacity as Secretary of Homeland Security*, and PAMELA BONDI, *in her official capacity as Attorney General of the United States*,<br><br>       Respondents. | Case No. 1:25-cv-05498 (JLR)<br><br>**ORDER TO SHOW CAUSE** |

JENNIFER L. ROCHON, United States District Judge:

  Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **July 10, 2025**. *See* 28 U.S.C. § 2243.

2. Petitioner shall have an opportunity to reply by **July 14, 2025, at 11:00am**.

3. The parties are further ORDERED to appear before this Court for a hearing on the petition on **July 15, 2025,** at **2:00pm** in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner out of the Southern District of New York.

Service of this Order shall by effected by Petitioner on the United States Attorney for the Southern District of New York by **5:00 p.m.** on **July 7, 2025**, and shall constitute good and sufficient service.

Dated: July 7, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge